

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IVAN KEITH COLVIN, | § | No. 08-13-00076-CV |
| Appellant, | § | Appeal from the |
| v. | § | 171st Judicial District Court |
| SHANKER SUNDRANI, M.D., | § | of El Paso County, Texas |
| Appellee. | § | (TC#2012-DCV05436) |
| | § | |

## <u>MEMORANDUM OPINION</u>

This case is before the Court on our own motion to determine whether it should be dismissed. For want of prosecution, we will dismiss.

A clerk's record was due in this appeal on April 21, 2013. The clerk of the District Court notified this Court on April 21, 2013 that the Appellant had made no financial or other arrangements for the preparation of the clerk's record as required by TEX.R.APP.P. 35.3(a)(2). A notice was sent to the Appellant on April 22, 2013 advising that we would dismiss the appeal for want of prosecution unless any party could show grounds for continuing the appeal within ten days of the date of that letter. No party responded to the letter and no clerk's record has been prepared.

Pursuant to TEX.R.APP.P. 42.3 (b) and (c), we dismiss this case for want of prosecution and

for failing to comply with actions within certain periods of time.

June 5, 2013

YVONNE RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.